# Decisions of the Supreme Court of Missouri,

## JACKSON DISTRICT, DECEMBER TERM, 1828.

### Gamster v. Shannon.

Where evidence, was offered under a special count, but rejected by the Court, and afterwards received under a general count, this Court will not reverse the judgment of the Circuit Court for that cause alone.

IN ERROR from Ste. Genevieve Circuit Court.

Tompkins, J., delivered the opinion of the Court.*

Camster filed his declaration in assumpsit against Shannon. It consisted of three counts. The two first counts are special, and the third is a general count of *indebitatus* assumpsit. The defendant filed the plea of non-assumpsit, with a notice of set-off; the jury found that the defendant did not undertake and promise, &c., and that the plaintiff was indebted to the defendant in the sum of $248 60, for which sum, judgment was given by the Circuit Court.

To support his declaration, the plaintiff in the Circuit Court (who is also plaintiff in error) produced a deed to Shannon for certain tracts of land; the consideration for the conveyance of said land, is in said deed stated to be, that Shannon had secured to be paid to the plaintiff, the sum of fifteen hundred dollars; the Circuit Court refused to receive this deed in evidence under the two special counts, but permitted it to be read in support of the third count.

In the opinion of this Court, the plaintiff has lost nothing by the refusal of the Circuit Court to permit the deed to be given in evidence under the first two counts, for no evidence of any other promise to pay money was offered, than what was re-
(95) cited in the consideration of the deed above mentioned; even then, were the

---

*Wash, J., appears not to have been present during this term.

evidence improperly rejected, the Court is not disposed to disturb the judgment of the Circuit Court, inasmuch as the plaintiff has had the full benefit of his evidence.

The judgment of the Circuit Court is affirmed.